Dorothy Cancienne JOFFRION, Independent Executrix of the Estate of Olin Joffrion, Deceased

v.

TEXAS BANK OF TATUM; from Rusk County.

No. C–9421.

Supreme Court of Texas.

June 27, 1990.

Joint motion for dismissal pursuant to settlement of the parties filed herein on June 22, 1990 is granted. The opinion and judgment of the court of appeals is vacat-

ed, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties. Rule 59, Tex.R.App.P.